UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CARLOS ARMANDO ORTEGA, | Case No. 17-cv-03339-HSG (PR) |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE THIRD AMENDED COMPLAINT** |
| PATRICK CORSO, et al., | |
| Defendants. | Re: Dkt. No. 15 |

Good cause appearing, plaintiff's request for an extension of time to file his third amended complaint is GRANTED. Plaintiff shall file his third amended complaint no later than **June 25, 2018**.

This order terminates Docket No. 15.

**IT IS SO ORDERED.**

Dated: 5/14/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge