UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ARMANDO ORTEGA, <br> Plaintiff, <br> v. <br> PATRICK CORSO, et al., <br> Defendants. | Case No. 17-cv-03339-HSG (PR) <br><br> **JUDGMENT** |

Pursuant to the order of dismissal, judgment is entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 10/12/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge